IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. **5:04-CR-50040-001** |
| ) | |
| **PAUL DUANE EWING,** ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Defendant's <u>Unopposed Motion for Order of Release</u>, the Court finds the Motion to be well taken and hereby grants it.

WHEREFORE, the defendant is hereby ordered released from the Custody of the United States Marshal, and shall be released from the Benton County, Arkansas, Detention Center upon delivery of this order to jail officials, either in-person or by facsimile, or in the alternative, by telephonic direction of the Office of the United States Marshal to the Benton County Detention Center.

IT IS SO ORDERED.

/s/ Beverly Stites Jones
Honorable Beverly Stites-Jones
United States Magistrate Judge

ENTERED: 10/17/2005