```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.               CASE NO. 04-50040-001

PAUL DUANE EWING                                            DEFENDANT

## O R D E R

On October 14, 2005, the parties entered into a written pretrial diversion agreement, in which the Government agrees to dismiss the indictment against defendant if defendant complies with the terms of the agreement for the next 18 months. Accordingly, the Court will stay all proceedings in this case at this juncture. The 18-month compliance period provided for in the pretrial diversion agreement shall be excludable for speedy trial purposes. *See* 18 U.S.C. § 3161(h)(2).

IT IS SO ORDERED this 28th day of October 2005.


                                        <u>/S/JIMM LARRY HENDREN</u>
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE