UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 5:04CR50040-001 |
| | ) | |
| PAUL DUANE EWING | ) | |

## ORDER OF DISMISSAL

Now on this same day came on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on September 29, 2004, be on the same day hereby dismissed without prejudice.

Entered on this 23rd day of April, 2007.

    /s/ Jimm Larry Hendren
JIMM LARRY HENDREN
CHIEF U. S. DISTRICT JUDGE